# United States District Court
## For The Western District of North Carolina
## Asheville Division

FURMAN EUGENE WATKINS, JR.,,

      **Petitioner,**　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　1:11-cv-221

ROBERT C. LEWIS, Director, North ,

      **Respondent.**

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/29/2011 Order.

                       Signed: November 29, 2011

_____
Frank G. Johns, Clerk
United States District Court